US MAGISTRATE JUDGE CHERYL L. POLLAK               DATE: _12_/_20_/_17_

                                                   TIME SPENT:_____

DOCKET NO. _17 CV 5617_____

CASE: _Stewart v Portfolio Recovery_____

_____ INITIAL CONFERENCE          _____ OTHER/STATUS CONFERENCE
_____ DISCOVERY CONFERENCE        _____ FINAL/PRETRIAL CONFERENCE
_____ SETTLEMENT CONFERENCE       _____ TELEPHONE CONFERENCE
_____ MOTION HEARING              _____ ORAL ARGUMENT

**MANDATORY DISCLOSURE :**

_____ COMPLETED              _____ DATE TO BE COMPLETED BY


**FOR PLAINTIFF:**      _____

                        _____

**FOR DEFENDANT:**      _____

                        _____

_____ DISCOVERY TO BE COMPLETED BY_____

_____ NEXT CONFERENCE SCHEDULED FOR_____

_____ DUNTON ISSUE ADDRESSED


PL. TO SERVE DEF. BY:_____        DEF. TO SERVE PL. BY:_____

**RULINGS:**

Discovery schedule set - see attached
If cases are consolidated, discovery dates
will be set by the MJ assigned
to the cases

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

---

JAMES STEWART, *on behalf of himself and all others similarly situated*,

               Plaintiff,

   -v-

PORTFOLIO RECOVERY ASSOCIATES, LLC,

               Defendant.

**INITIAL CASE MANAGEMENT AND SCHEDULING ORDER**

Case No.: 2:17-cv-05617-DLI-CLP

---

**CHERYL L. POLLAK, Magistrate Judge:**

I.       **DEADLINES AND COURT APPEARANCES**

| | |
|---|---|
| Deadline for completion of initial disclosures required by Rule 26(a): | [December 18, 2017] |
| First request for production of documents and first request for interrogatories due by: | [January 19, 2018] |
| Responses to first request for production of documents and first set of interrogatories due by: | [February 19, 2018] |
| Deadline for joinder of additional parties and amendment of pleadings: | [February 26, 2018] |
| Status Conference: | [TBD by Court] at [TBD.] |
| All discovery, including production of all expert reports, if any, to be completed by: | [July 23, 2018] |
| Dispositive motion process started by: | [August 6, 2018] |
| Joint pretrial order due by: | [December 3, 2018] |
| Pretrial Conference: | [TBD] at [TBD] |

33429987v1

II.      **CHECKLIST FOR THE COURT**

    A.    <u>Initial Disclosures</u>: Counsel confirm that the Initial Disclosures have been served:

    Plaintiff:                                Defendant:

    __ Yes     X No                   __ Yes     X No

    B.    <u>Stipulation and Order of Confidentiality</u>: Counsel confirm that they have consulted in good faith regarding the need for such an order:

    X Yes                    __ No

    Based on that consultation, counsel find that a Stipulation and Order of Confidentiality is:

    X Needed             __ Not needed

    C.    <u>Electronically Stored Information ("ESI")</u>: Counsel confirm that they have met and conferred regarding the existence of any relevant ESI on both sides:

    X Yes                    __ No

    The parties have had some preliminary discussion about the type of ESI which is in their clients' respective possession or control and how they wish to have such ESI produced:

    X Yes                    __ No

    Based on those discussions, counsel are advising the Court that the relevant ESI consists of:

        1. Account documents for Plaintiff, James Stewart; including
            a. Defendant's internal account documents for Plaintiff;
            b. Documents Defendant received from the original creditor;
        2. Communications between the parties.

33429987v1

      D.      <u>HIPAA Release Authorizations</u>: Counsel confirm that such authorizations for this case are:

__ Needed          X Not Needed

33429987v1